IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| JANE DOE<br><br>                           Plaintiff<br>   v.<br><br>PINE FORGE ACADEMY and<br>ALLEGHENY EAST CONFERENCE OF<br>THE SEVENTH-DAY ADVENTISTS<br><br>                       Defendants | No.:  5:25-cv-2838<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

    I, Joseph Goldberg, Esquire, hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint was served on all counsel of record via electronic filing.

                                           Respectfully submitted,

                                           **WEBER GALLAGHER SIMPSON**
                                           **STAPLETON FIRES & NEWBY LLP**

                                           */s/ Georgios Farmakis*
    By:                            _____
                                           Joseph Goldberg, Esquire
                                           Tracy A. Walsh, Esquire
                                           Georgios Farmakis, Esquire
                                           Attorneys for Defendants

Date:  July 24, 2025