IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　　Plaintiff,<br><br>v.<br><br>PINE FORGE ACADEMY, *et al*<br>　　　　　　Defendants. | :<br>:<br>:<br>: Civil No.: 5:25-cv-02838-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this　4th　day of August, 2025, it appearing to the court that PINE FORGE ACADEMY and ALLEGHENY EAST CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS have not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing its first appearance.[1] PINE FORGE ACADEMY and ALLEGHENY EAST CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS **ARE HEREBY ORDERED** to file their disclosure statement[2] within 10 days of the date of this Order.

This Order also serves as a reminder to the parties of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

It is so **ORDERED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.