# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | Civil No. 5:25-cv-02838-JMG |
|     Plaintiff, | : | |
| | : | |
| v. | : | JUDGE JOHN M. GALLAGHER |
| | : | |
| PINE FORGE ACADEMY, *et al.,* | : | |
|     Defendants. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF FILING PROPOSED STIPULATED PROTECTIVE ORDER**

      Now comes Plaintiff, by and through the undersigned counsel, and hereby files as Exhibit A a Proposed Stipulated Protective Order to govern discovery in this matter. On August 11, 2025, this Court ordered Plaintiff to submit a proposed protective order for discovery in this case by August 25, 2025. (Doc. #14). Plaintiff's counsel worked with Defendants' counsel who has stipulated to proposing Exhibit A.

      Respectfully submitted,

      **CONSTANT LEGAL GROUP, LLP**

      /s/ *Edward J. Kelley, III*
      Edward J. Kelley, III Esq.
      737 Bolivar Rd., Ste. 440
      Cleveland, OH 44115
      (216) 333-6707
      (216) 274-9365 (facsimile)
      ed@constantllp.com

      **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Notice of Filing Proposed Stipulated Protective Order and Exhibit A thereto was served via the Court's ECF Filing System upon all counsel of record on this date August 22, 2025.

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**