

2000 Market Street, Suite 1300                                                    T(215) 972-7900

                                                                                 F(215) 564-7699
Philadelphia, PA 19103

September 25, 2025

<u>**VIA ECF**</u>                                                     Direct Dial: (215) 825-7225
Honorable John M. Gallagher                                    Email: jgoldberg@wglaw.com
United States District Court
Eastern District of Pennsylvania                              Direct Dial: (215) 825-7224
                                                              Email: twalsh@wglaw.com
504 W. Hamilton Street
                                                              Direct Dial: (267) 792-3276
Suite 4701                                                    Email: gfarmakis@wglaw.com
Allentown, PA 18101

      RE:   **Jane Doe v. Pine Forge Academy and Allegheny East Conference of the**
            **Seventh Day Adventists**
            **Our File No. 0209558**
            <u>**USDC EDPA No. 5:25-cv-02838**</u>

Dear Judge Gallagher:

On behalf of Defendants, I respectfully ask that Your Honor schedule a telephone conference to address a discovery issue that has developed in this case. Specifically, the parties have been unable to agree on the scheduling of Plaintiff's deposition.

On August 27th, defense counsel circulated various dates for Plaintiff's deposition at their office in Philadelphia where Plaintiff's counsel indicated he and his client were available on October 29th but would not agree to the deposition in Philadelphia as Plaintiff resides out of state. As such, this date was never confirmed. Although defense counsel appreciates the fact that Plaintiff resides approximately two to three hours driving distance from Philadelphia, defense counsel has requested to take Plaintiff's deposition in person in the jurisdiction where she filed suit.

Moreover, any issue regarding Plaintiff's out of state travel was never raised as an issue at the Rule 16 conference when Defendants represented that counsel intended to take Plaintiff's deposition in person. The parties have continued their efforts to schedule this deposition to no avail. Defense counsel also proposed conducting the deposition at their Delaware office to better accommodate Plaintiff's travel. To date, Plaintiff's counsel has advised he is amendable to an earlier date in October for Plaintiff's deposition but is not in agreement for Plaintiff to travel to either Delaware or Pennsylvania for her deposition in this matter.

Accordingly, Defendants respectfully request Your Honor schedule a telephone conference at the Court's convenience to address these issues.

Respectfully submitted,

*/s/ Georgios Farmakis*

Joseph Goldberg, Esquire
Tracy Walsh, Esquire
Georgios Farmakis, Esquire

GF/

cc:    Edward J. Kelley, Esquire (via ECF)