IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, : | |
|       Plaintiff, : | |
| : | |
| v. : | Civil No.: 5:25-cv-02838-JMG |
| : | |
| PINE FORGE ACADEMY, *et al* : | |
|       Defendants. : | |

**ORDER**

**AND NOW**, this 3rd day of October, 2025, upon consideration of Defense Counsel's letter dated September 25, 2025 (ECF No. 21), and Plaintiff's Counsel's response letter dated September 26, 2025 (ECF No. 2), **IT IS HEREBY ORDERED** that Defendant must choose from the following with respect to deposing Plaintiff:

1. Defendant may depose Plaintiff at a location up to halfway between Plaintiff's Maryland residence and Defense Counsel's Philadelphia office; or

2. Defendant may depose Plaintiff remotely.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge