IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | Civil No. 5:25-cv-02838-JMG |
|     Plaintiff, | : | |
| | : | |
| v. | : | JUDGE JOHN M. GALLAGHER |
| | : | |
| PINE FORGE ACADEMY, *et al.*, | : | |
|     Defendants. | : | JURY TRIAL DEMANDED |

**STIPULATION REGARDING EXPERT REPORT DEADLINES**

Now come the parties, by and through the undersigned counsel, and submit the below stipulation for the Court's approval consistent with the Policies and Procedures of Judge John M. Gallagher, Section II(A)(3).

WHEREAS, the parties have been proceeding with discovery diligently in this matter;

WHEREAS, the parties have so far taken four depositions of individuals with personal knowledge of the facts at issue in this case;

WHEREAS, the parties are scheduled to take Plaintiff's deposition on October 27, 2025 and an additional deposition of an individual with personal knowledge of the facts at issue in this case on October 30, 2025;

WHEREAS, the parties are still endeavoring to work through scheduling conflicts regarding two witnesses with personal knowledge of the facts at issue in this case and anticipate scheduling these depositions in the first half of November;

WHEREAS, affirmative expert reports in this matter are currently due on November 8, 2025;

WHEREAS, rebuttal expert reports in this matter are currently due on January 9, 2025;

WHERAS, expert witnesses authoring affirmative expert reports will need to review depositions taken in this case before finalizing their reports. Thus, it will not be possible to have affirmative expert reports finalized by November 8, 2025 given the current deposition schedule; and

WHEREAS, an extension of the expert report due dates will not affect the deadline for dispositive motions or trial in this matter.

THEREFORE, the parties in this matter stipulate that the deadline for affirmative expert reports shall be extended until December 8, 2025 and the deadline for rebuttal expert reports shall be February 9, 2026.

|  |  |
|---|---|
| | Respectfully submitted, |
| | **CONSTANT LEGAL GROUP, LLP** |
| | /s/ *Edward J. Kelley, III* |
| | Edward J. Kelley, III Esq. |
| | 737 Bolivar Rd., Ste. 440 |
| | Cleveland, OH 44115 |
| | (216) 333-6707 |
| | (216) 274-9365 (facsimile) |
| | ed@constantllp.com |
| IT IS SO ORDERED this 22nd day of OCTOBER, 2025; | **Attorney for Plaintiff** |
| BY THE COURT: | **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP** |
| /s/ John M. Gallagher | */s/ Georgios Farmakis* |
| JOHN M. GALLAGHER | Joseph Goldberg, Esquire |
| United States District Court Judge | Tracy A. Walsh, Esquire |
| | Georgios Farmakis, Esquire |
| | 2000 Market Street, Suite 1300 |
| | Philadelphia, PA 19103 |
| | T: (215)825-7225 |
| | F(215)564-7699 |
| | jgoldberg@wglaw.com |
| | twalsh@wglaw.com |
| | gfarmakis@wglaw.com |
| | **Attorneys for Defendants** |