# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-02838-JMG |
| | : | |
| PINE FORGE ACADEMY, *et al* | : | |
|     Defendants. | : | |

## REPORT OF CONFERENCE / MINUTE SHEET

On this 20th day of November, 2025, before Judge John M. Gallagher

☐ In-Person Conference (held in Chambers)

☐ In-Person Conference (held in Courtroom No. 4-B)

☐ Video Conference  ☒ Telephone Conference

☐ Rule 16 Conference  ☐ Settlement Conference

☒ Status Conference  ☐ Discovery Conference

☐ _____

☐ On the Record  ☒ Not on the Record

<u>Plaintiff Counsel:</u>
Edward J. Kelly, III, Esquire

<u>Defense Counsel:</u>
Joseph Goldberg, Esquire

Start: 9:30 a.m.   End: 9:40 p.m.

**Total Time: <u>10 Min</u>**

*/s/ Christine C. Stein*
Christine C. Stein
Deputy Clerk to Judge John M. Gallagher