IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | Civil No. 5:25-cv-02838-JMG |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE JOHN M. GALLAGHER |
| | : | |
| PINE FORGE ACADEMY, *et al.,* | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## STIPULATION REGARDING TAKING A DEPOSITION AFTER DISCOVERY CUTOFF

Now come the parties, by and through the undersigned counsel, and submit the below stipulation for the Court's approval consistent with the Policies and Procedures of Judge John M. Gallagher, Section II(A)(3).

WHEREAS, on February 3, 2026, Plaintiff, through the undersigned counsel, unilaterally noticed a deposition of Defendant Pine Forge Academy under Civ.R. 30(b)(6) to be taken on February 20, 2026;

WHEREAS, the matters for examination with regard to the notice for deposition relates to the "existence, contents and substance" of personnel files for former employees of Pine Forge Academy and "communications" between Defendants and another school institution regarding Pine Forge Academy's former choir director who left Pine Forge Academy for employment at this other school institution in or around 2008;

WHEREAS, the personnel files at issue were recently produced by Defendant Pine Forge Academy in discovery;

WHEREAS, on February 18, 2026, Defendant, through the undersigned counsel, notified Plaintiff's counsel that their witness was not available for the deposition on February 20, 2026 in the event Plaintiff still intended to proceed with this deposition;

WHEREAS, this Court previously ordered that all fact and expert discovery shall be completed no later than February 27, 2026 (hereinafter "the discovery cutoff date") (See Doc. 20);

WHEREAS, the Defendant's witness is not available prior to the discovery cutoff date on any day in which Plaintiff's counsel is also available; and

WHEREAS, taking this Civ.R. 30(b)(6) deposition after the discovery cutoff date will not affect the deadline for dispositive motions or trial in this matter.

THEREFORE, the parties in this matter stipulate that the Plaintiff shall be able to take her previously-scheduled Civ.R. 30(b)(6) deposition after the discovery cutoff; and

THEREFORE, the parties in this matter further stipulate that they will work to reschedule the previously-scheduled Civ.R. 30(b)(6) deposition at the earliest possible date.

Respectfully submitted,

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**

*/s/ Georgios Farmakis*
Tracy A. Walsh, Esquire
Georgios Farmakis, Esquire
2000 Market Street, Suite 1300
Philadelphia, PA 19103
T: (215)825-7225
F(215)564-7699
twalsh@wglaw.com
gfarmakis@wglaw.com

**Attorneys for Defendants**


**Approved and So Ordered:**

**Date:** February 24, 2026

/s/ John M. Gallagher

**JOHN M. GALLAGHER**
**United States District Court Judge**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation Regarding Taking A Deposition After the Discovery Date was served via the Court's ECF Filing System upon all counsel of record on this date February 23, 2026.

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**