# EXHIBIT "B"

# C O N S T A N T
## L E G A L   G R O U P

February 27, 2026

**Via E-Mail Only**
Tracy Walsh, Esq.
Georgios Farmakis, Esq.
2000 Market Street, Suite 1300
Philadelphia, PA 19103
twalsh@wglaw.com
gfarmakis@wglaw.com

        **RE:**    ***Jane Doe v. Pine Forge Academy, et al.***
                 **Eastern District of Pennsylvania**
                 **Civil No. 5:25-cv-02838-JMG**

Counselors,

      Please allow this correspondence to supplement Plaintiff's previously provided Initial Disclosures and Interrogatory Responses regarding Persons Likely to Have Discoverable Information and Persons Plaintiff Believes Has Knowledge of the Facts Concerning the Events in Giving Rise to the Complaint:

           Thaina Blot
           Rashad Burden
           Ciara Kai
           Mylanah Gordon
           Candace Griffin
           Michelle Jones
           Simone Mafa

      Plaintiff only learned between February 17, 2026 and February 25, 2026 that these individuals may have relevant information.

               Very truly yours,

               *Edward J. Kelley*

               Edward J. Kelley