IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-02838-JMG |
| | : | |
| PINE FORGE ACADEMY, *et al* | : | |
|       Defendants. | : | |

**NOTICE OF STATUS CONFERENCE**

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Wednesday, March 11, 2026 at 1:30 p.m.**[1]

                                                  For the Court,

                                                  */s/ Christine C. Stein*
                                                  Christine C. Stein
                                                  Deputy Clerk for Judge John M. Gallagher

Date of Notice: March 4, 2026

---

[1] Defendant's counsel must provide the Court and opposing counsel with conference bridge details immediately upon receipt of this Notice.