**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVNIA**

| | |
|---|---|
| JANE DOE<br><br>                    Plaintiff<br>        v.<br><br>PINE FORGE ACADEMY  and<br>ALLEGHENY EAST CONFERENCE OF<br>THE SEVENTH-DAY ADVENTISTS<br><br>                    Defendants | No.:  5:25-cv-2838<br><br>JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of Defendants Pine Forge Academy and

Allegheny East Conference of the Seventh-Day Adventists in the above-captioned matter.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY LLP**

*/s/ Joseph Goldberg*

By:    _____
Joseph Goldberg, Esquire
PA ID No.: 21376
2000 Market Street, Suite 1300
Philadelphia, PA 19103
Ph: (215) 972-7900
Fax: (215) 564-7699
jgoldberg@wglaw.com
Attorney for Defendants