**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-02838-JMG |
| | : | |
| PINE FORGE ACADEMY, *et al* | : | |
| Defendants. | : | |

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, this 13th day of April, 2026, upon consideration of Defendants' Motion for Extension of Deadlines and to Amend Scheduling Order (ECF No. 35), **IT IS HEREBY ORDERED** that the Scheduling Order (ECF No. 20) and Amended Scheduling Order (ECF No. 34) are **AMENDED** as follows:

1.    Plaintiff shall provide Defendants with all seven witnesses' contact information no later than **April 16, 2026**. If Plaintiff fails to provide the information necessary for Defendants to schedule depositions, Plaintiff shall be **PRECLUDED** from calling those witnesses at trial to testify.

2.    Counsel for Defendants shall provide the Court with a written status update by no later than **April 17, 2026**. The status update shall include whether Defendants have the information necessary to schedule depositions for these seven witnesses.

3.    Counsel shall provide the Court with a joint written status update by no later than **April 22, 2026**. The report shall include the dates that these depositions have been scheduled.

4.    The depositions of these seven witnesses, less any who have been precluded from testifying at trial, shall be completed no later than **May 1, 2026**. If the depositions do not occur by this deadline, then the Parties shall be **PRECLUDED** from calling the non-deposed witnesses at

trial.

5.    Insofar as the deposed witnesses' testimony establishes a basis for summary judgment, motions for summary judgment, if any, shall be filed by **May 13, 2026**. Responses shall be filed no later than **May 27, 2026**. Motions and responses shall be filed in the form prescribed in Judge Gallagher's Policies and Procedures. The Court will not entertain motions filed on any other basis.[1]

6.    No later than **June 24, 2026**, counsel for each party shall serve upon counsel for every other party a copy of each exhibit the party expects to offer at trial.

7.    No later than **July 1, 2026**, each party shall file with the Clerk of Court a pretrial memorandum. The pretrial memorandum should be prepared in accordance with the provisions of the Local Rule of Civil Procedure 16.1(c) and should also include the following items:

(a) All stipulations of counsel.

(b) A statement of objection to: (1) the admissibility of any exhibit based on authenticity; (2) the admissibility of any evidence expected to be offered for any reason (except relevancy); (3) the adequacy of the qualifications of an expert witness expected to testify; and (4) the admissibility of any opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701. Such objection shall describe with particularity the ground and the authority for the objection.

(c) Deposition testimony (including videotaped deposition testimony) that the party intends to offer during its case-in-chief. The statement should include

---

[1] The Court extended the deadline for summary judgment and *Daubert* motions from March 20, 2026, to April 10, 2026. *See* Amended Scheduling Order, Mar, 20, 2026 (ECF No. 34). Defendants waited to ask the Court for a second extension until the afternoon that their summary judgment and *Daubert* motions were due. Defendants' last-minute request to extend this deadline a second time is therefore denied.

citations to the page and line number and the opposing party's counter-designations.

(d) A statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

8.    All motions *in limine* shall be filed no later than **July  8, 2026**. Responses, if any, shall be filed no later than **July 15, 2026**.

9.    No later than **July  8, 2026**, any objections to designations of deposition testimony shall set forth the page and line numbers of the challenged testimony and a clear statement for the basis of that objection. The objecting party must provide the Court with a copy of the deposition transcript with the challenged testimony highlighted. Any objection not made in conformity with this Order will be deemed waived.

10.  No later than **July  8, 2026,** the parties shall file with the Clerk of Court joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party shall also file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties in their joint submission.  Parties shall also file joint proposed voir dire questions.

11.  The court will hold a final pretrial conference on **Wednesday, July 22, 2026, at 9:30 a.m.**, at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania. Counsel shall be prepared to address any pending motions *in limine* and objections to witnesses and exhibits. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial.

12.  The selection of a jury shall take place on **Friday, July 31, 2026, at 9:00 a.m.**  Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

13.  A jury trial shall resume before this court on **Monday, August 3, 2026, at 9:00 a.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania.

14.  This order shall serve as a formal attachment for trial.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge