

2000 Market St, Suite 1300
Philadelphia, PA 19103

215-972-7900
215-564-7699

April 17, 2026

**VIA ECF**
Honorable John M. Gallagher
U.S. District Court
Eastern District of Pennsylvania
601 Market Street,
Philadelphia, PA 19106

Direct Dial: (215) 825-7224
Email: twalsh@wglaw.com

Direct Dial: (267) 792-3276
Email: gfarmakis@wglaw.com

> **RE:** **Jane Doe v. Pine Forge Academy,** *et al.*
> **Docket No. 5:25-cv-02838**

Dear Judge Gallagher:

As you may recall, our office represents Defendants in the above-referenced matter. We write to provide a status update in connection with your Honor's Second Amended Scheduling Order from April 13, 2026. Over that past week, the parties have been working diligently to comply with your Honor's Order and complete discovery pertaining to the seven witnesses that were identified by Plaintiff by her February 27, 2026 witness disclosure letter. Specifically, this morning, the parties completed the deposition of one of these individuals that Plaintiff had noticed. Regarding the other six witnesses identified, defense counsel had advised counsel for Plaintiff of their intention to depose three of them. Two of those three depositions have now been noticed for April 22nd and April 30th. Plaintiff's counsel was able to only provide the phone number for the third witness the defense sought to depose, indicating she refused to provide any additional contact information. After further discussion among counsel, it was agreed that Plaintiff's counsel would withdraw her from the witness disclosure for trial thereby making her deposition moot.

About the other three witnesses, Plaintiff's counsel has withdrawn two of them from their witness disclosure. The contact information for the final witness has been provided, however counsel for Plaintiff remains undecided as to whether he intends to depose her at this time. As such, the parties are continuing to discuss the scheduling of this deposition prior to your Honor's deadline of May 1, 2026.

**2** | P a g e

Respectfully submitted,

*/s/ Georgios Farmakis*

Tracy Walsh, Esquire
Georgios Farmakis, Esquire

TAW/GF