**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| JANE DOE, | | : | Civil No. 5:25-cv-02838-JMG |
| | Plaintiff, | : | |
| | | : | |
| | v. | : | JUDGE JOHN M. GALLAGHER |
| | | : | |
| PINE FORGE ACADEMY, *et al.,* | | : | |
| | Defendants. | : | JURY TRIAL DEMANDED |

**JOINT STATUS REPORT REGARDING DEPOSITIONS**

Now come the parties, by and through the undersigned counsel, and submit the below Status Report per the Court's Second Amended Scheduling Order dated April 13, 2026. In that order, the Court ordered the Parties to file a joint report by today that notifies the Court of the dates that depositions of additional witnesses will take place.

Originally, Plaintiff had identified seven (7) additional witnesses. Plaintiff has since withdrawn four (4) of those witnesses and agrees she will not call them at trial. That leaves three (3) witnesses that must be deposed before the Court's May 1 deadline.

The first deposition was taken on April 17, 2026. The second deposition was taken today, April 22, 2026. And the third deposition is scheduled for April 30, 2026.

Respectfully submitted,

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**

*/s/ Georgios Farmakis*

Tracy A. Walsh, Esquire
Georgios Farmakis, Esquire
2000 Market Street, Suite 1300
Philadelphia, PA 19103
T: (215)825-7225
F(215)564-7699
twalsh@wglaw.com
gfarmakis@wglaw.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Status Report Regarding Depositions was served via the Court's ECF Filing System upon all counsel of record on this date April 22, 2026.

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**