**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE<br><br>                    Plaintiff<br>        v.<br><br>PINE FORGE ACADEMY  and<br>ALLEGHENY EAST CONFERENCE OF<br>THE SEVENTH-DAY ADVENTISTS<br><br>                    Defendants | No.: 5:25-cv-2838<br><br>JURY TRIAL DEMANDED |

**ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendants, Pine Forge Academy and Allegheny East Conference of Seventh-Day Adventists' Motion *in Limine* to Preclude "Reptile Theory" and any timely response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED.**

**IT IS FURTHER ORDERED**  that the parties, attorneys, witnesses, and experts are hereby precluded from employing or invoking the "Reptile Theory," including but not limited to, "Golden Rule;" sending a message; safe communities; moral duty; ethical duty; public safety; safety rules; safest option; asking jurors to place themselves in the position of the Plaintiff; protecting the jurors' families; righting a wrong; and appeals to jurors' emotions, passions, prejudices or sympathies at the time of trial.

**BY THE COURT:**

_____

**J.**