# EXHIBIT A

Question 1:

Were any of the parties below negligent? Please answer for each defendant.

Pine Forge Academy

Yes ___

No ___

Allegheny East Conference

Yes ___

No ___

Camille Kibler

Yes ___

No ___

Helen Peace

Yes ___

No ___

Neil Thomas

Yes ___

No ___

If you answer Question 1 "Yes" as to any defendant, go to Question 2.

If you answer Question 1 "No" as to all defendants, [Jane Doe] cannot recover and you should not answer any further questions. Tell the court officer you have reached a verdict.

Question 2:

Was the negligence of those defendants you have found to be negligent a factual cause of any harm to [Jane Doe]?

Only answer for those defendants you have found negligent in response to Question 1.

Pine Forge Academy

Yes ___

No ___

Allegheny East Conference

Yes ___

No ___

Camille Kibler

Yes ___

No ___

Helen Peace

Yes ___

No ___

Neil Thomas

Yes ___

No ___

If you answer Question 2 "Yes" as to any defendant, go to Question 3.

If you answer Question 2 "No" as to all defendants you have found to be negligent, [Jane Doe] cannot recover and you should not answer any further questions. Please tell the court officer you have reached a verdict.

2

Question 3:

Was [Jane Doe] negligent?

       Yes ___

       No ___

If you answer Question 3 "Yes," go to Question 4.

If you answer Question 3 "No," go to Question 5.

Question 4:

Was [Jane Doe]'s negligence a factual cause of any harm to her?

Yes ___

No ___

Regardless of whether you answer "Yes" or "No," proceed to Question 5.

Question 5:

Taking the combined negligence that was a factual cause of any harm to [Jane Doe] as 100 percent, what percentage of that negligence do you attribute to each party?

Percentage of negligence attributable to <u>Pine Forge Academy</u>

      (Answer only if you have answered "Yes" to Questions 1 and 2 for Pine Forge Academy).

          _____%

Percentage of negligence attributable to <u>Allegheny East Conference</u>

      (Answer only if you have answered "Yes" to Questions 1 and 2 for Allegheny East Conference).

          _____%

Percentage of negligence attributable to <u>Camille Kibler</u>

      (Answer only if you have answered "Yes" to Questions 1 and 2 Camille Kibler).

          _____%

Percentage of negligence attributable to <u>Helen Peace</u>

      (Answer only if you have answered "Yes" to Questions 1 and 2 for Helen Peace).

          _____%

Percentage of negligence attributable to <u>Neil Thomas</u>

      (Answer only if you have answered "Yes" to Questions 1 and 2 for Neil Thomas).

          _____%

Percentage of negligence attributable to <u>Jane Doe</u>

      (Answer only if you have answered "Yes" to Questions 3 and 4 for [Jane Doe]).

          _____%

Total 100%

If you have found [Jane Doe]'s percentage is greater than 50 percent, [Jane Doe] cannot recover and you should not answer any other questions. Please tell the court officer you have reached a verdict.

Question 6:

State the amount of damages, if any, sustained by [Jane Doe] as a result of the sexual assaults, for past, present, and future pain and suffering, embarrassment and humiliation, and loss of enjoyment of life.

Do not reduce the amount of damages by the percentage of causal negligence, if any, that you have attributed to [Jane Doe].

$ _____.[1]

---

[1] PA-JICIV 13.300, Pa. SSJI (Civ), §13.300 (2024)