# EXHIBIT A

## In the Matter Of:

## JANE DOE vs PINE FORGE ACADEMY

2:25-cv-2838

## VERONICA JOHNSON

*September 05, 2025*



800.211.DEPO (3376)
*EsquireSolutions.com*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CASE NO.:  2:25-cv-2838



JANE DOE,

    Plaintiff,

V.

PINE FORGE ACADEMY and

ALLEGHENY EAST CONFERENCE OF

THE SEVENTH-DAY ADVENTISTS

    Defendants.




REMOTE DEPOSITION OF:

VERONICA JOHNSON

September 5, 2025

9:00 A.M.



REPORTED BY:

CINDY C. JENKINS, CCR



your life, did you ever reside in
Pennsylvania?

A.     Yes.

Q.     And when did you reside in
Pennsylvania?

A.     August 2001 until May 2005
during the school years.  I would, of course,
go home for the summer and for vacations.

Q.     And when you say go home, does
that mean Alabama?  Is that where you're
originally from?

A.     No.  I'm originally from
St. Louis, Missouri.

Q.     Okay.  And when you resided in
Pennsylvania during that time period, do you
know the address of where you resided?  Was it
multiple addresses?  But can you tell me where
you lived?

A.     In St. Louis?  I'm sorry.

Q.     In Pennsylvania.  When you were in
Pennsylvania from, you said, August 2001 to
May 2005?

A.     I don't remember Pine Forge's
address anymore.  But it was Pine Forge
Academy.



Is that what you're saying?

A.     To my recollection, we never had phones confiscated at night.

Q.     Okay.  Do you know if that's something they did maybe after your graduation?  Or just from what you know, they never did that while you were there?

A.     Yeah.  To my recollection, I don't ever remember them taking our phones at night.  Perhaps after I left, you know, that might have been a rule that was instilled, but I'm not aware of that.

Q.     Okay.  And when you were at Pine Forge Academy, were you a member of the choir?

A.     Yes.

Q.     And at that time, were you a member of the choir for all your years at Pine Forge Academy?

A.     Yes.

Q.     So that would have been four years; correct?

A.     Yes.  But let me clarify.

When I went to Pine Forge, freshmen couldn't be in choir.  So my freshman year, I was in freshman choir, but



that was something separate from the rest of the school.

Q.    Got it.

A.    But sophomore through senior year, I was in the standard choir.

Q.    And from sophomore to senior year, when you were in that choir, how many students would you say, if you remember, were in the choir with you?

A.    I'd say approximately half the school.  I mean, very few people were in nothing.  So half the school was either in choir or creative arts.  Creative arts was a drama group.  So, you know, you can kind of estimate that.

Q.    And do you still remain friends with a lot -- with some of the other students that you were in choir with during your sophomore and senior year?

A.    Yes.

Q.    Do you still have contact with any of these people on a regular basis?

A.    Semi-regular basis, yes.

Q.    Does anyone stick out to you as someone you have more contact with than others



A.     I -- I didn't really get to know Jane Doe until my freshman -- no, excuse me, her freshman year at Oakwood University, which was my senior year at Oakwood University.

Jane Doe didn't come to Pine -- we never attended Pine Forge at the same time.  I had already graduated by the time she, you know, she began -- you know, like when she began her matriculation through Pine Forge, I was already gone.

I did hear about her because, once I graduated, people would say things -- I'd hear -- you know, we stayed in touch with our, you know, younger classmen that were still there.  And I'd hear things like, oh yeah, Jane Doe is the new VJ.  My nickname in high school was VJ, Veronica Johnson.  They'd say things like, oh, Jane Doe's the new VJ.  Jane Doe is, you know, Ferd's favorite and things like that.  So I knew about her.  I knew of her.  And I think I met her -- we had a weekend my freshman year at Oakwood, where we drove back to Pine Forge to visit and everything.  And I think I remember -- I think



I just went back to my 20th.  Just being on campus was just so cathartic and cleansing for me.  I love that institution.

That being said, I am being deposed.  So there is little option here.  And I have to tell -- I have to tell the truth.  I have to tell what happened to me. So that's number one.  Number two, because I love it, I'm -- I'm learning that love is accountability.  And I have to hold the school, I guess, accountable for the things that happened to me.  So I just want to say that this is very, very, very painful for me to do because I would have no problem with a suit against Jason Ferdinand, who was the predator in this case.  However, I know that it has to go through Pines Forge, and I absolutely hate this.

Okay.  This happened starting in my senior year.  I believe -- I don't remember like the very first time that something happened.  But gradually just a closer relationship started to develop.  I had a solo, and it was a big solo from my sophomore year through my senior year.



And, you know, if you had a solo, you were kind of like, you know, considered like, you know, one of the top people in choir.  So I was kind of always, you know, projected into that way.

But the relationship just sort of started to turn closer.  He would text me.  I don't remember how we got numbers and things, but he would text me.  You know, he began to tell me, you know, that he loved me.  He began -- you know, he -- he -- he would comment on, you know, that I was -- he would comment on my looks.  He would comment, you know, you know, things such as, you know, you look -- you look so pretty today or, you know, things like that.

He would sit next to me on the bus a lot of times like after the concert.  You know, it's nighttime, driving back on the bus. And a lot of times he would come and sit with me.  Like he'd kind of -- I don't remember how it happened.  But it was like, he would kind of like get me up front, and he'd go in, and he'd come and sit down with me.  He would sit with me.  And then started -- I do remember he



started to like hold my hand.  I think the first time he ever held my hand, I was just like, oh, my gosh, like what is happening? But he would hold my hand.  And then things started to even escalate further than that. He'd kind of like overbook -- overbook.  I'm saying that because he knew the amount of seats that we had.  And then there would -- somehow there wouldn't be enough room on the bus.  And so he would have me ride in his car with him after choir trips.  So it would be nighttime.  I'd be in the car with him.  In order to make it, in my -- you know, this is my interpretation of it.  In order to make it not look so suspicious, he would tell me to bring one of my girl -- like one of my friends with me.  So I would, you know, sometimes bring a -- bring a friend with me in the car and.  He'd hold my hand in his car.

We would drive -- like I said, just things that -- I shouldn't have been in that man's car.  I shouldn't have been in his car.  But anyway, he would do that.  Like I said, the -- the text messages.  The -- it was like he -- he was -- he treated me like he was



my boyfriend.  And it was -- it was -- it was a relationship.

And then, I remember the morning of my graduation, he asked me to come to North Hall, the music building, before going to the pavilion where graduation was, where commencement was being held.  And he told me something to the effect of, you know, I'm going to miss you, you know, you're so special to me.  I love you, something to the effect of that.  And he kissed me on my mouth, on my lips.  And I remember being just dazed and stunned.  I remember kind of like stumbling out of North Hall and going to the -- going to the pavilion, doing graduation, and me singing my song, Great is Thy Faithfulness.  And I remember he -- I remember him like crying, weeping during my song while he was directing.

And, yeah, I graduated that evening.  He brought his wife, who -- who his wife was at the time.  I was staying at, you know, the hotel with my parents.  He brought his wife to our hotel and said bye to me again and then proceeded to continue calling me, texting me, all for the rest of that summer up



A.    Yes.  It's been -- it's been like 20 years.  I don't remember the number of times that -- that I -- that I sat next to him on the bus.  But, I mean, it was -- it was significant.  It was -- it was a significant number.  I'd probably say more than 10.  Approximately -- you know, I don't know, maybe somewhere between 10 and 20 times.  I mean, how many weekends are in a school year?  I don't -- I'm not sure.

Q.    Okay.  And when you guys did sit next to each other on the bus, was that always like in the back of the bus --

A.    No.

Q.    -- like the last row in the bus, or was it like up front?

A.    Sorry.  I didn't mean to interrupt.  No.  He -- that's why he would kind of position me in the front of the bus so that it would look -- because it would look, you know, odd if he were coming to the back of the bus.  He never did that.  You know, he tried to keep things looking discreet and, and such.  So he would, you know, just -- it wouldn't -- it wouldn't be a



rode in his car, you know, during your time at Pine Forge?

A.      I'd probably say approximately, probably no more than ten.

Q.      And every time you did that, was there always a friend in the car with you or another person in the car with you in addition to Mr. Ferdinand?

A.      I think so.  I think that there was always at least one of my friends.  There may have been a time or two where it was just me.  But, in general, yes, there was usually someone else in there.  But it was someone that was my peer.  It was someone that was my age.  It wasn't another adult.

Q.      And do you know the name of any of those people such as like one of your friends that rode in the car with you and Mr. Ferdinand sitting here today?

A.      Yes.  My friend that typically rode in the car with me around those -- you know, during that time frame would have been my friend Destiny Harvey.

Q.      Harvey, Is that what you said?

A.      Yes, E-Y.



chair behind his desk.  And then there were a couple of chairs for people to sit, like, faced, like, in front of his desk.  And I think that there were, like, a couple of chairs on the side of his desk.  And that was it.  I mean, it was like, you know, decorated and things.  I don't -- I don't really remember all the decorations.  But I spent a lot of time in those chairs across from his desk or to the side of his desk, you know, sitting up there, you know, with him.

Q.   You answered my next question, I guess, because I was going to ask you:  So this wasn't the first time you were in his office as of the morning of your graduation; is that correct?

A.   No, not the first time.

Q.   Were you ever in his office prior to this alone with just Mr. Ferdinand?

A.   Yes, often.

Q.   Okay.  And prior to the morning of your graduation or during this meeting that you -- or whatever you want to call it that you referenced, on any prior occasions had Mr. Ferdinand tried to kiss you or be sexual



THE WITNESS:  So, I feel like any kiss -- any kiss between an adult man and a younger woman is sexual.  So I want to -- I want to address that.  It was a sexual kiss, but it, it was a closed-mouth kiss.

Q.    (By Mr. Farmakis) And after -- how long were you in his room following the kiss? Did you leave immediately, or did you stay in there for quite some time?

A.    I left immediately.

Q.    And do you recall saying anything to him after he kissed you?

A.    No.  I remember being shocked. I remember it just kind of feeling like, did that just happen?  Like, oh, my goodness. Like, he just kissed me.  And I remember him tearing up, kind of putting his, his fingers to his eyes, and just kind of saying, like, just go, or, you know, something to the effect of -- like something to the effect of that.  Like I said, it was -- I remember the kiss.  I was shocked.  I kind of stumbled back.  And I got to the pavilion.

Q.    And then did you -- so you went -- did you go to the graduation ceremony?  Was



answer.  That's perfectly fine.

At any point in time from that time period until the present, did you ever go to the police and make a complaint about Mr. Ferdinand with regard to anything you experienced while you were at Pine Forge Academy?

A.    No.

Q.    And with regard to your own experience at Pine Forge Academy with Mr. Ferdinand and all the things that you mentioned that you experienced, at any point in time, did you ever tell any of the staff at Pine Forge Academy what you were experiencing with Mr. Ferdinand?

A.    No, I did not tell any of the staff during my years at Pine Forge.  I did, however, talk to my former dean, Dean Camille.  My freshman year of Oakwood, I talked with her.  I told her that she needed to be careful and to watch out -- and I'm paraphrasing -- that she needed to be careful and that she needed to watch out for the interactions between some of these male teachers and the female students.  And she



VERONICA JOHNSON
JANE DOE vs PINE FORGE ACADEMY

proceeded to go down the list of male teachers and asked me, Do I need to watch out for this teacher?  And I would say yes or no. And when she got to Jason Ferdinand, I said, Yes, you need to watch out for that teacher and female students.  And there was another teacher that she listed, Neil Thomas, that I also told her she needed to watch out for that.

What prompted me to say that to Dean Camille was that I talked -- it was like -- it was College Days time.  So it's like when the seniors come to Oakwood to check out the college to see if that's the college that they want to attend.

So Pine Forge was there.  And so during that time, I kind of start hearing stuff.  I heard that some things were going on with some of the other girls there.  So that's kind of what prompted me to mention something to Dean Camille.

Q.    And when you mentioned you were hearing stuff, you were hearing stuff specifically about Mr. Ferdinand?

A.    Yes.  And you know what, I'm



sorry.  As I was saying it -- let me clarify.  As I said -- as I was saying it, I was thinking about who were the girls that were telling me things.  And it was actually -- it was actually Jane Doe's classmate, who was my like -- kind of like my -- she's my campus daughter.  She's like my play daughter.  And she was staying with me.  And she was in Jane Doe's class.  So that would have actually -- that would have actually been my junior year at Oakwood.  I'm sorry.  As I was saying it, I was like, who told me this?  And I was like, Keisha said that.  And I said, Keisha wouldn't have been in college days until then.  It was my junior year.  And this is when I was talking to Dean Camille about that.

And the reason that we mentioned Neil Thomas was -- Keisha was -- her name was Keisha Williams.  Her name was Keisha Williams at Pine Forge.  Keisha was experiencing some flirtations and things from Neil Thomas.

Q.    Got it.  And just to clarify for the record, I want to make sure I got this



correct.  It wasn't your freshman year while you were at Oakwood that you had this conversation with Dean Kibler that you recall about Mr. Ferdinand.

So the first time you ever complained about or made any kind of reference about Mr. Ferdinand being inappropriate or you need to watch out for him was your junior year at college; is that correct?

A.    Yes.

Q.    And do you remember what year that was?  I can't do the math.

A.    Yeah --

Q.    Was it 2007?

A.    Yeah, probably around there.

MR. KELLEY:  I'm sorry.  I didn't hear.  Around where?

THE WITNESS:  Around 2007-ish. That was around my junior year.  I graduated in '09.  '08, yeah, somewhere around there.

Q.    (By Mr. Farmakis) And where did this conversation take place with Ms. Kibler?

A.    What I remember is that it took place somewhere.  It was outdoors.  We were out on campus probably near one of the



administrative buildings like outside.

Q.    Was anyone else present during this conversation you had with her?

A.    There were people around, but I think that I was trying to be discreet and just kind of talk to her one-on-one.

Q.    And you mentioned that she went through a list of different staff members. How did she go through a list?  Did she have like a -- did she use her phone or a book or something to show you different people?

A.    No.  So, as I said, Pine Forge is very small.  So it's not -- you can count the staff, especially like gender.  If you separate it by gender, you can count on like, you know, two hands.  So she just went through the list of people.  Like She was like, Mr. Campbell, and I said, No, Mr. Campbell's fine.  You know, Mr. Whoever? No, they're fine.  And then when she got to Ferdinand, and I was like, Yes, you need to be careful.  You need to watch out.

Q.    And other than saying that, do you remember anything else you said about Mr. Ferdinand to Dean Kibler or former Dean



Kibler other than just watch out or be careful?

A.    Just telling her to be careful. Like to watch them with the female students, you know, to be diligent with the female students and those men.

Q.    Did you ever tell her that he kissed you at that time?

A.    No.  I haven't told her.  I never told her that.  I haven't told her that to this day.

Q.    Did you ever tell her to this day -- or actually I want to focus on that, this conversation that you had with her during your junior year of college.  Did you tell her ever that during this -- during this conversation you had with her that he would sit next to you on the bus?

A.    No.

Q.    Did you tell her that -- during this conversation, that that he would ask you to ride in his car during some of these trips?

A.    No.  But with that being said, I mean, there were adults present during those trips.  So any adult that was on the bus



could look over and see that he was sitting next to me on the bus or that like I was leaning on his shoulder or he had a coat draped over us or, you know, whatever.  They could look over and see that we were sitting together on a bus.

They saw me leave the bus -- get off the bus and go to his car and ride in his car.  They had to have a head count.  They knew.  The adults present knew what was going on.  I didn't have to tell her.  And Dean Camille did go on trips with us from time to time.  She was one of the chaperones as well.

So, you know, any number of adults present -- and there were adults present -- actively saw what was happening.

Q.    Yeah.  And thank you for that testimony.  I'm just asking you a simple question.  During this conversation you had with her your junior year of college.  I'm just focused on what you remember telling her during that conversation.  And, yet, she may have saw something from being on the bus.  And she'll be deposed in this case at some point in time where I'm sure she'll be asked



A.      No, you're fine.

I was just saying, so, at that point, like, he did contact me, when he was coming down.  You know, he was like, you are, of course, going to be in the choir and all that kind of stuff.  So we -- you know, I was in the choir, and, you know, that's the end of my statement.

Q.      When you were in college, did you ever make a complaint to any of their staff about anything that you -- any kind of behaviors that Mr. Ferdinand exhibited towards you while you were younger?

A.      I did not.  Honestly -- honestly, I suspected that things might have still been happening, you know, because I heard the things like, oh, you know, Jane Doe's the new VJ and stuff like that.  But I really hoped that, you know, it was just me.  I didn't actually -- and I know we're going to get here.  But I didn't actually know for certain -- like, even when I warned Dean Camille, you know, I warned her just like, hey, just be careful.  Like, just trust me, be careful.  But I was hoping against hope



me when that happened?

A.      Yes.  It was spring of 2009.

Q.      And how -- how did you contact him?  Did you call him?

A.      So I was a senior at Oakwood, at the time.  I had met -- I had really gotten to know Jane Doe.  We -- we had talked. We -- we were actually -- we roomed together several times like on choir trips. We were both in the choir.  And so we roomed together.  We talked.  We -- you know, like I said, I had always heard that she was the little VJ.  And I suspected.  So we kind of just started talking and, you know, we -- we literally were finishing each other's sentences.

Like, I was just like, yeah, and, you know, Ferd did such and such to me, and he, and he said, and she was just like, let me guess, da, da, da, da, da.  And I was like, oh my gosh, yes.  I mean, it was -- it was -- it was at that moment that we realized that it was really predatory.  And I use that word specifically.  It was -- it was methodical. It was patterned.  It -- you know, it was



not -- you know, I mean, we were not special or unique.  And -- and I think -- I think a lot of people who obviously are abused, you know, feel as -- you know, your abuser makes you feel as though you are special.  You are unique.

But it was -- it was at that moment as we were literally -- it was like we were reading from a script.  And it -- it -- it was -- it was disgusting.  I can't even describe it.  But we were both very sick to our stomachs just talking about it, like, oh, my gosh, like he literally said the same thing.

And I -- I was kicking myself because I was just like, this happened to -- it happened to me on my graduation morning of my senior year.  I was 18 -- barely 18.  But I was 18.  Okay.  But when I found out that hers had happened and she was like a sophomore when things started, I -- I blame myself so much because I was just like, I could have -- I could have helped her.  I could have saved her.  And I -- and I was so angry that I did not do more.  I didn't do more.  And I was

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

more to her at a younger age.  Like you're getting worse.  You're becoming more of a predator.

Q.    Did she tell you when this all happened to her?  Like was it -- did she mention it was her senior year or her sophomore year?  If she didn't, that's fine.  I'm just trying to, again, gather as much information as I can about this conversation that you had with her.

MR. KELLEY:  So I'm going to object to form.  What do you mean tell you all this happened?  What do you mean by "all this"?

MR. FARMAKIS:  I'll rephrase the question, Ed.  It was a bad question.

Q.    Did she tell you when exactly the fondling incident took place, what time of year or what year that was?

A.    I don't -- I don't remember exactly.

Q.    When you had these conversations with Jane Doe while you guys were in college, did she then tell you anything about whether or not she reported this behavior to anyone at



Pine Forge as far as their administration goes?

    A.    Okay.  This is my memory.  I might be a little off here.  But from what I recall, I believe that Jane Doe told me that she told Dean Camille.  I don't know what exactly she told Dean Camille, but that she went to Dean Camille, and Dean Camille said something to the effect of, these things happen sometimes.  And I was -- because I remember being mortified because I was just like, I just -- you know, because, at that time, when she was -- when she was telling me this -- or around that time, I had already gone to talk to Dean Camille, you know, my junior year and kind of let her know what was going on.  So to hear that, No. 1, Dean Camille had already gotten warned, you know, by me.  And then here another girl is coming and saying, Hey, I'm in trouble.  I mean, you know, stuff's happening.  And then she was told that these things happen sometimes. I was -- I was so disgusted.  You know, I was just like, No. 1, I probably told the wrong person.  I probably should have told someone



C E R T I F I C A T E

STATE OF ALABAMA)

CALHOUN COUNTY)

I hereby certify that the above proceedings were taken down by me and transcribed by me using computer-aided transcription, and that the above is a true and correct transcript of the said proceedings given by said witness.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

I further certify that I am duly licensed by the Alabama Board of Court Reporting as a Certified Court Reporter as evidenced by the ACCR number found below.

COMMISSIONER - NOTARY PUBLIC

CINDY C. JENKINS, CSR

ACCR #470 - Exp. 9/30/2025

