# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-02838-JMG |
| | : | |
| PINE FORGE ACADEMY, *et al* | : | |
| Defendants. | : | |

## THIRD AMENDED SCHEDULING ORDER

**AND NOW**, this   13th    day of July, 2026, **IT IS HEREBY ORDERED** that the Second Amended Scheduling Order (ECF No. 36) is **AMENDED** and Selection of a jury shall begin on **Thursday, July 30, 2026, at 9:00 a.m.**, and, if need be, resume on Friday, July 31, 2026.  Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge