# EXHIBIT "A"

**Approx. 2023-present**

17.     Did you ever suffer from any psychological, behavioral, or emotional symptoms prior to your senior year at Pine Forge Academy? If so, describe the symptoms and identify when they started.

**ANSWER: Yes. Prior to my senior year of high school, and subsequent to the start of the grooming described in the Complaint, I became anxious, scared, and confused. Behaviorally, I also threw myself into curricular and extra-curricular activities to try to distract myself from the situation I was in.**

18.     Do you currently suffer from any medical or mental health condition you allege was caused by the facts that give rise to the Complaint? If so, describe all such conditions and the date they arose, and identify all medical professionals from whom you receive or received treatment for the condition(s).

**ANSWER: Yes, I suffer from anxiety and panic attacks dating back to 2021. Please also see response to Interrogatory No. 20.**

19.     Have you ever been hospitalized or an in-patient at any health institution, treatment facility, or other facility? If so, identify the dates, names and addresses of the facilities, and the reasons for the hospitalization or inpatient stay.

**ANSWER: No.**

20.     Please describe in detail the physical, emotional, and psychological injuries Plaintiff Jane Doe alleges in the Complaint she suffers from, including:

(a)     When these injuries began;

(b)     How these injuries impact Plaintiff Jane Doe;

(c)     Whether or not these injuries were in any way pre-existing and if so how;

(d)     Who minor Plaintiff Jane Doe has been professionally treated by for these injuries and the dates of treatment;

(e)     Whether or not minor Plaintiff Jane Doe is still undergoing treatment for these injuries; and

(f)     If Plaintiff Jane Doe has not sought professional treatment for any of these injuries, please state why not and whether or not she plans to undergo such treatment.

**ANSWER: Objection. This Interrogatory calls for a narrative response. Additionally, it is impossible to completely describe how each injury has impacted Plaintiff over the last several years. Further objecting, this Interrogatory calls for opinion testimony that will be offered by an expert.**

**Subject to and without waiving said objections, Plaintiff states that, because of the abuse, Plaintiff sustained past and future physical pain, mental suffering, loss of enjoyment of life,**

**inconvenience, grief, anxiety, humiliation, emotional distress, medical expenses, loss of earnings and earning capacity, depression, low self-esteem, loss of religious faith, PTSD, difficulty coping with stress, difficulty coping with impulsivity, demoralization, suicidal ideation, trouble sleeping, insomnia, and anger management.**

**Plaintiff states that the abuse she suffered has crippled her in relationships. She is afraid to engage in romantic and platonic relationships out of fear of being hurt, mistreated, or disrespected. After high school, she has at times felt unable to recognize whether someone is trying to be her friend or trying to harm or otherwise take advantage of her. This has effected how much she can engage with others. Plaintiff has had to learn to set boundaries to protect herself.**

**Plaintiff also states that she had a distorted perception of what was going on in high school between her and Dr. Jason Max Ferdinand. This was incredibly confusing to a young, impressionable woman and was a type of Stockholm syndrome.**

**Plaintiff has developed issues with authority, both in her personal and professional lives.**

**Plaintiff became a hyper-performer and overachiever because of what was happening to her in high school. This has led to serious periods of burnout. For example, as an adult in real estate Plaintiff has experienced burnout that has made it difficult for her to perform and that has lasted for 3-4 months at a time. This has hindered her ability to earn income and build a career.**

**Starting around 2021 Plaintiff began to struggle with body dysmorphia. This was around the time she was seriously struggling with what happened to her in high school with Dr. Jason Max Ferdinand and reached out to family for help. She spent time fixated on her appearance, diet, and weight. She felt she had to "fix" her own body.**

**Plaintiff has turned to marijuana to cope with the anxiety she has suffered because of the abuse.**

**These injuries began at various times after the sexual abuse that is central to this case. These injuries have all had a profound impact on the Plaintiff's life. Professionals who have treated the Plaintiff are disclosed in response to Interrogatory No. 13.**

21.     Has Plaintiff Jane Doe or her family made any statement to anyone, including but not limited to any prosecutors, police or detective, or Pennsylvania state or local agency regarding the facts at issue in the Complaint? If so, for each statement, identify the date the statement was made, by whom and to whom the statement was made, describe the content of the statement, and produce a copy with your Answers. If the statement(s) was recorded by audio or on video, produce a copy with your Answers.

**ANSWER: Objection. The Interrogatory calls for Plaintiff to answer regarding statements that Plaintiff may have no personal knowledge of and so could not identify the requested details.  Subject to and without waiving said objection, Plaintiff states that, to her**