**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| JANE DOE, | | : | Civil No. 5:25-cv-02838-JMG |
| | Plaintiff, | : | |
| | | : | |
| | v. | : | JUDGE JOHN M. GALLAGHER |
| | | : | |
| PINE FORGE ACADEMY, *et al.,* | | : | |
| | Defendants. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PREJUDICIAL ARGUMENTS BY PLAINTIFF'S COUNSEL DURING TRIAL**

Now Comes Plaintiff, by and through the undersigned counsel, and hereby responds to Defendants' Motion *in Limine* to Preclude Prejudicial Arguments by Plaintiff's Counsel During Trial. (Doc. 43). Defendants Pine Forge Academy and the Allegheny East Conference of Seventh-Day Adventists ("Defendants") seek to preclude Golden Rule arguments in which an attorney asks the jury to put themselves in the Plaintiff's shoes. Plaintiff doesn't dispute that these types of arguments are frowned upon, and will not cross that line at trial.

However, Defendants also seek to stop Plaintiff's counsel from stating that "no amount of money can compensate Plaintiff." The problem with keeping that statement out is: 1) the statement is true; and 2) Plaintiff is not aware of any case stretching the Golden Rule prohibition that far. No one would want to be assaulted by the most popular adult at a boarding school after being groomed for two and a half years. There's no amount of money the Plaintiff would trade to have to go through that experience. And arguing that to the jury in closing is not asking the jury to "treat the Plaintiff how you would want to be treated." Based on the foregoing, Plaintiff requests that this Court DENY Defendant's *Motion in Limine*.

Respectfully submitted,

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Memorandum in Opposition to Defendants'

Motion *in Limine* to Preclude Prejudicial Arguments by Plaintiff's Counsel During Trial was

served via the Court's ECF Filing System upon all counsel of record on this date July 15, 2026.

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**