**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| JANE DOE, | | : | Civil No. 5:25-cv-02838-JMG |
| | Plaintiff, | : | |
| | | : | |
| | v. | : | JUDGE JOHN M. GALLAGHER |
| | | : | |
| PINE FORGE ACADEMY, *et al.,* | | : | |
| | Defendants. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE IMPROPER "REPTILE THEORY" AND OTHER INFLAMMATORY ARGUMENTS**

Now Comes Plaintiff, by and through the undersigned counsel, and hereby responds to Defendants' Motion *in Limine* to Preclude Improper "Reptile Theory" and other inflammatory Arguments (Doc. 47). Defendants seek a sweeping proclamation from this Court speculating about how evidence will be presented and argument made to the jury in this case. Plaintiff intends on presenting objective facts to the jury at trial and will allow the jury to test those facts against the law as instructed by this Court. At this point, "[w]ithout proper context and having heard the specific question and/or testimony at issue, the Court is unable to determine whether that question and/or testimony is objectionable." *Twigg v. Varsity Brands Holding Co.*, No. 4:23-CV-00067, 2026 WL 227151, at \*2 (M.D. Pa. Jan. 28, 2026) (*citing Botey v. Green*, No. 3:12-CV-1520, 2017 WL 2485231, at \*2 (M.D. Pa. June 8, 2017)). For those reasons, Plaintiff requests that this Court DENY Defendant's *Motion in Limine*.

Respectfully submitted,

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Memorandum in Opposition to Defendants' Motion *in Limine* to Preclude Improper "Reptile Theory" and other inflammatory Arguments was served via the Court's ECF Filing System upon all counsel of record on this date July 15, 2026.

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**