**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE, | : | Civil No. 5:25-cv-02838-JMG |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE JOHN M. GALLAGHER |
| | : | |
| PINE FORGE ACADEMY, *et al.,* | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM INTRODUCING ANY EVIDENCE OF PAST AND FUTURE WAGE LOSS, LOST EARNING CAPACITY, AND ECONOMIC DAMAGES**

Now Comes Plaintiff, by and through the undersigned counsel, in response to Defendants' Motion *in Limine* to Preclude Plaintiff From Introducing Any Evidence of Past and Future Wage Loss, Lost Earning Capacity, and Economic Damages (Doc. 42). Since Defendant filed the motion, Plaintiff's counsel and Defendants' counsel have agreed to the following stipulation:

> Plaintiff is not claiming or seeking recovery in this lawsuit for past or future wage loss, lost, diminished, or impaired earning capacity (past or future). Plaintiff is claiming and seeking recovery for physical and mental pain and suffering, embarrassment and humiliation, and loss of ability to enjoy the pleasures of life.

Plaintiff believes that this stipulation makes the Defendants' motion moot.

Respectfully submitted,

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Memorandum in Response to Defendants' Motion *in Limine* to Preclude Plaintiff From Introducing Any Evidence of Past and Future Wage Loss, Lost Earning Capacity, and Economic Damages was served via the Court's ECF Filing System upon all counsel of record on this date July 15, 2026.

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**