## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE,                              :
           Plaintiff,          :
                         :
           v.                 :   Civil No.:  5:25-cv-02838-JMG
                         :
PINE FORGE ACADEMY, *et al*            :
           Defendants.        :

### ORDER

**AND NOW**, this 15th day of July, 2026, upon consideration of the Parties' Motions *in Limine*
and Responses (ECF Nos. 42-43, 45-47, 53, 55-57, 59, 60, 62-70) and Pretrial Memoranda (ECF Nos.
39-40), **IT IS HEREBY ORDERED** that the Parties **SHALL** submit briefing to the Court by no later
than **July 20, 2026**, addressing the following issues:

1.      Whether Federal Rule of Evidence 415 is applicable to the admissibility of Veronica
Johnson's testimony.

2.      Whether and to what extent the alleged misconduct affects Defendants' ability to assert
a comparative negligence defense.[1]

**IT IS FURTHER ORDERED** that these issues **SHALL** be addressed in one brief that
**SHALL NOT** exceed fifteen (15) pages.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] *Compare* 42 Pa. C.S. § 7102(a), *with Duchesneau v. Cornell Univ.*, No. CIV.A. 08-4856, 2011 WL
5902216, at *4 (E.D. Pa. Nov. 23, 2011) (citation modified) ("[W]hen willful or wanton misconduct
is involved, comparative negligence should not be applied." (quoting *Krivijanski v. Union R. Co.*, 515
A.2d 933, 936 (Pa. Super. Ct. 1986))).