# EXHIBIT B

Question 1:

Did either of the parties below engage in willful or wanton conduct? Please answer for each defendant.

Pine Forge Academy

Yes ____

No ____

Allegheny East Conference

Yes ____

No ____

If you answer Question 1 "Yes" as to any defendant, go to Question 2.

If you answer Question 1 "No" as to all defendants, go to Question 3.

Question 2:

Was the willful and wanton conduct of those defendants you have found to have engaged in that conduct a factual cause of any harm to [Jane Doe]?

Only answer for those defendants you have found engaged in willful and wanton conduct in response to Question 1.

      Pine Forge Academy

          Yes ____

          No ____

      Allegheny East Conference

          Yes ____

          No ____

If you answer Question 2 "Yes" both Defendants, go to Question 7.

If you answer Question 2 "Yes" to just one Defendant, go to Question 10.

If you answer Question 2 "No" as to both defendants, go to Question 3.

Question 3:

Were either of the parties below negligent? Please answer for each defendant.

       Pine Forge Academy

           Yes ___

           No ___

       Allegheny East Conference

           Yes ___

           No ___

If you answer Question 3 "Yes" as to any defendant, go to Question 4.

If you answer Question 3 "No" as to all defendants, [Jane Doe] cannot recover and you should not answer any further questions. Tell the court officer you have reached a verdict.

3

Question 4:

Was the negligence of those defendants you have found to be negligent a factual cause of any harm to [Jane Doe]?

Only answer for those defendants you have found negligent in response to Question 3.

> Pine Forge Academy
>
> > Yes ___
> >
> > No ___
>
> Allegheny East Conference
>
> > Yes ___
> >
> > No ___

If you answer Question 4 "Yes" as to any defendant, go to Question 5.

If you answer Question 4 "No" as to all defendants you have found to be negligent, [Jane Doe] cannot recover and you should not answer any further questions. Please tell the court officer you have reached a verdict.

Question 5:

Was [Jane Doe] negligent?

  Yes ___

  No ___

If you answer Question 5 "Yes," go to Question 6.

If you answer Question 5 "No," go to Question 8.

Question 6:

Was [Jane Doe]'s negligence a factual cause of any harm to her?

      Yes ___

      No ___

If you answer Question 6 "Yes," go to Question 9.

If you answer Question 6 "No," go to Question 8.

Question 7:

Taking the combined willful and wanton conduct that was a factual cause of any harm to [Jane Doe] as 100 percent, what percentage of that negligence do you attribute to each party?

Percentage of negligence attributable to <u>Pine Forge Academy</u>

_____%


Percentage of negligence attributable to <u>Allegheny East Conference</u>

_____%

Total 100%

Question 8:

Taking the combined negligence that was a factual cause of any harm to [Jane Doe] as 100 percent, what percentage of that negligence do you attribute to each party?

Percentage of negligence attributable to <u>Pine Forge Academy</u>

> (Answer only if you have answered "Yes" to Question 4 for Pine Forge Academy. If you answered "No" to Question 4 for Pine Forge Academy, go on to Question 10).
>
> _____%

Percentage of negligence attributable to <u>Allegheny East Conference</u>

> (Answer only if you have answered "Yes" to Question 4 for Pine Forge Academy. If you answered "No" to Question 4 for Allegheny East Conference, go on to Question 10).
>
> _____%

Total 100%

8

Question 9:

Taking the combined negligence that was a factual cause of any harm to [Jane Doe] as 100 percent, what percentage of that negligence do you attribute to each party?

Percentage of negligence attributable to <u>Pine Forge Academy</u>

 (Answer only if you have answered "Yes" to Question 4 for Pine Forge Academy. If you answered "No" to Question 4 for Pine Forge Academy, go on to Question 10).

  _____%

Percentage of negligence attributable to <u>Allegheny East Conference</u>

 (Answer only if you have answered "Yes" to Question 4 for Pine Forge Academy. If you answered "No" to Question 4 for Allegheny East Conference, go on to Question 10).

  _____%

Percentage of negligence attributable to <u>[Jane Doe]</u>

  _____%

Total 100%

If you have found [Jane Doe]'s percentage is greater than 50 percent, [Jane Doe] cannot recover and you should not answer any other questions. Please tell the court officer you have reached a verdict.

9

Question 10:

State the amount of damages, if any, sustained by [Jane Doe] as a result of the sexual assaults, for past, present, and future pain and suffering, embarrassment and humiliation, and loss of enjoyment of life.

Do not reduce the amount of damages by the percentage of causal negligence, if any, that you have attributed to [Jane Doe].

$ _____.