**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE<br><br>              Plaintiff<br>    v.<br><br>PINE FORGE ACADEMY  and<br>ALLEGHENY EAST CONFERENCE<br>CORPORATION OF THE SEVENTH-DAY<br>ADVENTISTS<br><br>              Defendants | No.: 5:25-cv-2838<br><br>JURY TRIAL DEMANDED |

**PROPOSED JURY VERDICT FORM OF DEFENDANTS**

Defendants, Pine Forge Academy and Allegheny East Conference Corporation of Seventh-Day Adventists, by and through their counsel, Weber Gallagher Simpson Stapleton Fires & Newby LLP, hereby respectfully submit their proposed Jury Verdict Form. Defendants reserve the right to amend the verdict sheet as appropriate during the course of trial of this matter.

**Question 1 – Vicarious Liability**

Do you find that Jason Max Ferdinand was employed at Pine Forge Academy as a choir director?

_____Yes

_____No

**If you answered Question 1 "No," please proceed to Question 5. Otherwise, proceed to Question 2.**

**<u>Question 2 – Vicarious Liability</u>**

Do you find Jason Max Ferdinand's acts as allegedly done by him to Jane Doe were done with a view of furthering Pine Forge Academy's and Allegheny East Conference Corporation of the Seventh-Day Adventists' business or interests?

_____Yes

_____No

**If you answered Question 2 "No," please proceed to Question 5. Otherwise, proceed to Question 3.**

**<u>Question 3 – Vicarious Liability</u>**

Do you find Jason Max Ferdinand's acts as allegedly done by him to Jane Doe were done within the course and scope of his employment as a choir director at Pine Forge Academy?

____Yes

____No

**If you answered Question 3 "No," please proceed to Question 5. Otherwise, proceed to Question 4.**

**<u>Question 4 – Vicarious Liability</u>**

Do you find that Jason Max Ferdinand's acts as allegedly done by him to Jane Doe were committed for his own personal reasons or in an outrageous manner, and not with the intent on his part to carry out the business of his employer, Pine Forge Academy?


_____Yes

_____No

**Proceed to Question 5.**

**<u>Question 5 – Standard of Care/Negligence</u>**

Do you find that the staff at Pine Forge Academy (aside from Jason Max Ferdinand) was negligent?

_____Yes

_____No

**If your answer to Question 5 is "No," proceed to Question 7. Otherwise, proceed to Question 6.**

**<u>Question 6 – Factual Cause</u>**

Was the negligence of the staff of Pine Forge Academy (aside from Jason Max Ferdinand) a factual cause of any harm to Jane Doe?

___Yes

___No

**Proceed to Question 7.**

**<u>Question 7 – Standard of Care/Negligence</u>**

Do you find that the staff at Allegheny East Conference Corporation of the Seventh-Day

Adventists (aside from Jason Max Ferdinand) was negligent?

\_\_\_\_Yes

\_\_\_\_No

**If your answer is "No," proceed to Question 9. Otherwise, proceed to Question 8.**

**<u>Question 8 – Factual Cause</u>**

Was the negligence of the staff of Allegheny East Conference Corporation of the Seventh-Day

Adventists (aside from Jason Max Ferdinand) a factual cause of any harm to Jane Doe?

\_\_\_\_Yes

\_\_\_\_No

**Proceed to Question 9.**

**<u>Question 9 – Comparative Negligence</u>**

Do you find that Jane Doe was negligent?

\_\_\_\_Yes

\_\_\_\_No

**If your answer is "No," proceed to Question 11. Otherwise, proceed to Question 10.**

**<u>Question 10 – Factual Cause</u>**

Was the negligence of Jane Doe a factual cause of any harm to her?

\_\_\_\_Yes

\_\_\_\_No

**Proceed to Question 11**

**Question 11 – Apportionment**

To answer Question 11, you will need to refer back to your answers to Question Nos. 1-10, above. If in your above answers you have found any of the individuals or entities named not negligent, you will enter a "0" in the table below next to the applicable name. If you have found any of the individuals or entities named to have been negligent, then you must apportion the liability between them by entering the percentage of their negligence next to the applicable name listed that you have found to apply. Unless you find that none of the named individuals and entities were negligent (in which case you will put a "0" in every line), your apportionment of negligence between the entities and individuals must add up to 100%.

1)  Negligence of Pine Forge Academy                              _____%

2)  Negligence of Allegheny East Conference Corporation of

    Seventh-Day Adventists                                       _____%


3)  Negligence of Jane Doe                                       _____%

                                          Total:   100%

                                          *(unless you have found no
                                          negligence on the part of any of the
                                          above named entities and
                                          individuals, in which case the total
                                          will be 0%)*


If you have found Plaintiff Jane Doe's percentage is greater than 50 percent, Plaintiff Jane Doe cannot recover and you should not answer any other questions. Please tell the court officer you have reached a verdict.

**Question 12 – Damages**

State the amount of damages, if any, sustained by Plaintiff Jane Doe as a result of Defendants'

negligence for any past, present and future pain and suffering, mental anguish and emotional

distress.


$_____


Advise the court officer that you have reached a verdict.



      DATED: _____

      FOREPERSON: _____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Proposed Jury Verdict Form was served upon all counsel of record on the date set forth below via the Court's ECF Filing System.

**WEBER GALLAGHER SIMPSON**

**STAPLETON FIRES & NEWBY LLP**

By: */s/ Tracy A. Walsh_____*

Tracy A. Walsh, Esquire
I.D. No. 62481
Matthew P. Donelson, Esquire
I.D. No. 84155
2000 Market Street, Suite 1300
Philadelphia, PA 19103
T: (215) 825-7224
twalsh@wglaw.com
matthew.donelson@wglaw.com
*Attorneys for Defendants*

Dated:  July 24, 2026