**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| JANE DOE, | | : | Civil No. 5:25-cv-02838-JMG |
| | Plaintiff, | : | |
| | | : | |
| | v. | : | JUDGE JOHN M. GALLAGHER |
| | | : | |
| PINE FORGE ACADEMY, *et al.,* | | : | |
| | Defendants. | : | JURY TRIAL DEMANDED |

**STIPULATION REGARDING PLAINTIFF'S TRUE NAME**

Now come the parties, by and through the undersigned counsel, and submit the below stipulation for the Court's approval consistent with the Policies and Procedures of Judge John M. Gallagher.

WHEREAS, Plaintiff filed the instant action using the pseudonym Jane Doe to protect her identity due to the sensitive nature of the allegations in this case. (See, ECF No. 1);

WHEREAS, Plaintiff filed a Motion to Proceed Under Pseudonym, requesting to proceed in this litigation under the Pseudonym "Jane Doe" for purposes of discovery and prior to trial. (See ECF No. 9);

WHEREAS, this Court granted the Pseudonym Motion. (ECF No. 14);

WHEREAS, jury selection in this matter is set to begin on Thursday, July 30, 2026;

WHEREAS, trial in this matter is set to begin on Monday, August 3, 2026; and

WHEREAS, Plaintiff is not seeking to proceed at trial under a pseudonym.

THEREFORE, the parties in this matter stipulate that the Plaintiff's true name, Alexandra Arnold, be substituted in the caption of this case, and be used during jury selection and trial.

Respectfully submitted,

**CONSTANT LEGAL GROUP, LLP**

/s/ *Edward J. Kelley, III*
Edward J. Kelley, III Esq.
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ed@constantllp.com

**Attorney for Plaintiff**

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP**

*/s/ Tracy A. Walsh*
Tracy A. Walsh, Esquire
Georgios Farmakis, Esquire
Matthew P. Donelson, Esquire
2000 Market Street, Suite 1300
Philadelphia, PA 19103
T: (215) 825-7225
F: (215) 564-7699
twalsh@wglaw.com
gfarmakis@wglaw.com
matthew.donelson@wglaw.com
**Attorneys for Defendants**