**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JANE DOE,                                              :
                          Plaintiff,                   :
                                                       :
              v.                                       :        Civil No.:  5:25-cv-02838-JMG
                                                       :
PINE FORGE ACADEMY, *et al*                            :
                          Defendants.                  :

**ORDER**

**AND NOW**, this  29th  day of July, 2026, upon consideration of the Stipulation Regarding Plaintiff's True Name, emailed to the Court by the parties on July 28, 2026, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **AMEND** the caption of this case to read: *Alexandra Arnold v. Pine Forge Academy, et al*.

                              BY THE COURT:


                              */s/ John M. Gallagher*
                              JOHN M. GALLAGHER
                              United States District Court Judge